IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES GENE FOUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:05-CV-225 |
| ) | Judge Phillips/Shirley |
| AUTOZONE, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CHARLES GENE FOUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:05-CV-444 |
| ) | Judge Jordan/Shirley |
| AUTOZONE, INC., ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER

By agreement of the parties, and it appearing to the Court that the above styled causes have common questions of fact and law, pursuant to Rule 42 of the Federal Rules of Civil Procedure, it is hereby ORDERED, ADJUDGED and DECREED that the above named cases are hereby consolidated to be tried together before a jury as to all issues of fact. It is further ORDERED, ADJUDGED and DECREED that Defendant shall have fifteen (15) days from the date of entry of this Order to file its Answer.

ENTER this the 26th day of OCT, 2005.

*Thomas W. Phillips*
JUDGE THOMAS W. PHILLIPS

APPROVED FOR ENTRY:

s/ Ronald A. Rayson
David A. Burkhalter, II, BPR #004771
Ronald A. Rayson, BPR #013393
BURKHALTER, RAYSON &
ASSOCIATES, P.C.
Attorneys for Plaintiff
111 S. Central Street
P.O. Box 2777
Knoxville, Tennessee 37901-2777
(865) 524-4974

s/ Renee C. Gluth w/permission
Renee C. Gluth, La. Bar #24436
Tracy K. Hidalgo, La. Bar #20246
FRILOT, PARTRIDGE, KOHNKE &
CLEMENTS, L.C.
Temporary Address: 733 E. Airport Drive
Suite 203, Baton Rouge, LA 70806
(504) 982-7072
Permanent Address: 1100 Poydras Street
Suite 3600
New Orleans, LA 70163
(504) 383-9000